| | |
|---|---|
| DAVID L. ANDERSON (CABN 149604)<br>United States Attorney<br><br>HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division<br><br>KEVIN RUBINO (CABN 255677)<br>Assistant United States Attorney<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7291<br>    FAX: (415) 436-7234<br>    Kevin.Rubino@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Jan 26 2021<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT LEMKE,<br><br>    Defendant. | CASE NO. 3-21-70156 AGT<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 26, 2021, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a

    ☐    Indictment

    ☐    Information

    **X**    Criminal Complaint

    ☐    Other (describe) _____

pending in the Southern District of New York, Case Number 21-MAG-521.

    In that case (copy of the complaint is attached), the defendant is charged with a violation of Title 18 United States Code, Section 875. Specifically, the complaint charges Mr. Lemke with making threats

to injure others that he transmitted through an interstate communication.

The maximum penalties for this crime are five years of imprisonment, followed by three years of supervised release, a $250,000 fine, and a $100 special assessment.

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Date: January 26, 2021

*/s/ Kevin Rubino*
KEVIN RUBINO
Assistant United States Attorney