IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT LEMKE,<br><br>    Defendant. | **Case No.:** CR 3:21-mj-70156-AGT (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF BAIL REPORT** |

1     At the bail hearing held on February 1, 2021, in the above-captioned case, the Court indicated that it would be interested in reviewing a report by a psychologist retained on behalf of Defendant Robert Lemke addressing his risk of dangerousness to the community if granted pretrial release. To that end, undersigned counsel for Mr. Lemke has retained Dr. Scott Lines to prepare such a report. In order for the report to be as well informed as possible, counsel for Mr. Lemke respectfully seeks permission of the Court to disclose to Dr. Lines the prebail report prepared by U.S. Pretrial Services in this case. Dr. Lines will review the report and then delete it without disclosing it to anyone else.

    The United States is also exploring the appropriate next steps in response to the Court's February 1 Order, including preparations for the detention hearing on February 22. This requires coordination with the Assistant United States Attorney in the Southern District of New York primarily responsible for the investigation and prosecution of Mr. Lemke, Kyle Wirshba. The government therefore respectfully seeks permission to disclose the prebail report to Mr. Wirshba, who will review the report and then delete it without disclosing it to anyone else.

    Accordingly, the parties stipulate and jointly request that the Court authorize the disclosure of the prebail report to Dr. Lines and Mr. Wirshba.

IT IS SO STIPULATED.

| February 2, 2021 | DAVID ANDERSON |
|---|---|
| Dated | United States Attorney |
|  | Northern District of California |
|  |  |
|  | /S |
|  | KEVIN RUBINO |
|  | Assistant United States Attorney |

| | |
|---|---|
| February 2, 2021 <br> Dated | STEVEN G. KALAR <br> Federal Public Defender <br> Northern District of California |
| | /S <br> DANIEL P. BLANK <br> Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| Dated | LAUREL BEELER <br> United States Magistrate Judge |