DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT LEMKE, <br><br> Defendant. | CASE NO. MJ 21-70156 <br><br> **NOTICE OF LETTER IN SUPPORT OF DETENTION** |

At the detention hearing held on February 1, 2021, the Court ordered that the defendant be remanded to custody without prejudice to revisiting the issue pending further information. The Court then set the matter for further proceedings on February 22, 2021, regarding detention, identity, and removal.

In advance of the February 22, 2021, hearing, the government provides the attached letter that was prepared by the United States Attorney's Office for the Southern District of New York in support of the government's position that the Court should uphold its initial order of detention and order the defendant's prompt transfer pursuant to Federal Rule of Criminal Procedure 5(c)(3)(D).

DATED: February 19, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
DAN M. KARMEL
Assistant United States Attorney